FILED'08 FEB 19 12:35 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

HENRY THOMAS,                                    06-CV-186-PK

        Plaintiff,

                                                  ORDER

v.

BRIAN BELLEQUE, Superintendent,
Oregon State Penitentiary,

        Defendant.

**STEVEN T. WAX**
Federal Public Defender
**ANTHONY D. BORNSTEIN**
Assistant Federal Public Defender
101 S.W. Main Street
Suite 1700
Portland, OR 97204
(503) 326-2123

        Attorneys for Plaintiff

1 - ORDER

**HARDY MYERS**
Attorney General
**JONATHAN W. DIEHL**
Assistant Attorney General
Department of Justice
1162 Court Street N.E.
Salem, OR 97301
(503) 947-4700
         Attorneys for Defendant

**BROWN, Judge.**

Magistrate Judge Paul Papak issued Findings and Recommendation (#37) on December 17, 2007, in which he recommended this Court deny Plaintiff's Petition for Writ of Habeas Corpus (#2) and dismiss this matter with prejudice. Plaintiff filed timely Objections to the Findings and Recommendation. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

When any party objects to any portion of the Magistrate Judge's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*); *United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988).

The Court has carefully considered Plaintiff's Objections and concludes they do not provide a basis to modify the Findings and Recommendation. This Court also has reviewed the portions of the record pertinent to Plaintiff's Objections *de novo* and does

2 - ORDER

not find any error in the Magistrate Judge's Findings and Recommendation.

### CONCLUSION

The Court **ADOPTS** Magistrate Judge Papak's Findings and Recommendation (#37) and, accordingly, **DENIES** Plaintiff's Petition for Habeas Corpus (#2) and **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 14th day of February, 2008.

_____
ANNA J. BROWN
United States District Judge

3 - ORDER